IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 15-00249-01-CR-W-DGK |
| | ) | |
| MICHAEL A. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On July 29, 2015, the Grand Jury returned a one count Indictment charging that on or about September 4, 2014, within the Western District of Missouri, MICHAEL A. GREEN, defendant herein, did knowingly and intentionally possess with the intent to distribute, methamphetamine (actual), a Schedule II controlled substance, in an amount of fifty (50) grams or more, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Don Michael Green
    Case Agent:   Detective Ryan Yount of the Oak Grove PoliceDepartment
    Defense: Todd Schultz

**OUTSTANDING MOTIONS**:

| 07/21/2017 | 60 | NOTICE of filing *Intent to Use Prior Convictions Pursuant to Fed. R. Evid. 609(A) for Impeachment* by USA as to Michael A. Green (Green, Don) (Entered: 07/21/2017) |
|---|---|---|

**TRIAL WITNESSES**:
    Government:   5-9 with stipulations; 6-10 without stipulations
    Defendants:     Any witnesses identified by the government, and possibly the defendant

**TRIAL EXHIBITS**
    Government:  25  exhibits
    Defendant:  No additional exhibits except for those identified by the government

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:
      (X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 days**
      Government's case including jury selection: 1 1/2 days
      Defense case: 1/2 day or less

**STIPULATIONS**: A stipulation concerning the chemical analysis of the methamphetamine has been proposed, which would result in the elimination of one witness.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: (filed 7/20/17) **no later than thirty days prior to trial**
    Defense: (not filed) **no later than thirty days prior to trial**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, August 16, 2017.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motions in Limine:** None anticipated

**TRIAL SETTING**: Criminal jury trial docket set for August 21, 2017.

**IT IS SO ORDERED.**

                                            /s/ Sarah W. Hays
                                     SARAH W. HAYS
                                     United States Magistrate Judge